IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL E. KELLY, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br>    Defendant. | No. 21-1949C <br> (Judge Kathryn C. Davis) |

**UNOPPOSED MOTION OF PLAINTIFFS FOR SCHEDULING ORDER RE: MOTION FOR LEAVE TO AMEND COMPLAINT**

The Government previously filed a Motion to Dismiss Plaintiffs' Complaint on December 16, 2022. ECF No. 16. Subsequently, an unopposed Motion to Substitute Plaintiffs' Counsel was granted on January 26, 2023, and Plaintiffs' Response to the Government's Motion to Dismiss is due by March 6, 2023. *See* ECF No. 22 (docket text entry).

Plaintiffs intend to file a Motion for Leave to Amend the Complaint and have communicated their position to the Government. All parties agree that in the interest of judicial economy, briefing on the Government's Motion to Dismiss should be held in abeyance pending an outcome on Plaintiffs' motion.

Accordingly, Plaintiffs respectfully request that the Court suspend briefing on the Government's pending Motion to Dismiss and propose the following briefing schedule, which has been approved by the Government[1]:

///

///

---

[1] By email with Anthony F. Schiavetti, counsel for the United States.

| ACTION | DATE |
|---|---|
| Plaintiffs' Motion for Leave to Amend | March 6, 2023 |
| United States Response | April 21, 2023 |
| Plaintiffs' Reply | May 5, 2023 |
| Joint Status Report re Further Proceedings | 14 days after order on motion |

Respectfully submitted,

DIAMOND MCCARTHY LLP

By: /s/ Allan Diamond
    Allan Diamond, Partner
    909 Fannin Street, Suite 3700
    Houston, Texas 77010
    E: allan.diamond@diamondmccarthy.com

LARSON LLP

By: /s/ Robert F. Ruyak
    Robert F. Ruyak, Partner
    900 17th Street NW, Suite 320
    Washington, DC 20006
    E: rruyak@larsonllp.com

**Attorneys for Plaintiffs**